IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:04CR428 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| v. | ) | |
| | ) | |
| OSCAR BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER came before the Court on the 19th day of April, 2005, on the Motion of the Defendant for an order to seal certain documents. (Filing No. 21)

The Court, being fully advised in the premises, finds that the Motion should be granted.

IT IS THEREFORE ORDERED that the documents named in Defendant's Motion to Seal shall be filed under seal.

BY THE COURT:

Date: April 19, 2005

s/ Joseph F. Bataillon
U.S. District Court Judge